UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EDWARD J. STEINER,<br><br>                Plaintiff,<br>    v.<br><br>BRENT KEMPSTER, et al.,<br><br>                Defendants. | CASE NO. 3:22-cv-05526-RJB-SKV<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND RE-REFERRING CASE |

      This matter comes before the Court on the Report and Recommendation of U.S. Magistrate Judge S. Kate Vaughan.  Dkt. 9. The Court has considered the Report and Recommendation (Dkt. 9), Plaintiff's objections to the Report and Recommendation (Dkt. 11), and the remaining file.  It is fully advised.

      In his Amended Complaint, the Plaintiff alleges that a tribal officer, Brent Kempster, violated his Fourth Amendment right against the use of excessive force and two private citizens, April Blair-Pullen and Nicole Wheeler, conspired with Kempster following his use of force. Dkt. 7.  (The Plaintiff filed this Amended Complaint after he was given notice of the deficiencies in his original complaint.)

ORDER ADOPTING REPORT AND RECOMMENDATION AND RE-REFERRING CASE - 1

On October 11, 2022, the Report and Recommendation was filed; it recommends dismissal, without prejudice, of the claims for conspiracy against Defendants April Blair-Pullen and Nicole Wheeler for failure to state a claim. Dkt. 9.

The Report and Recommendation (Dkt. 9) should be adopted. For the reasons provided in the Report and Recommendation, the conspiracy claims asserted against the private citizens, Defendants Blair-Pullen and Wheeler, should be dismissed, without prejudice, for failure to state a claim.

The undersigned notes that while the pleading containing the Plaintiff's objections is entitled "Motion and Objections Reconsideration" (Dkt. 11), he does not move the court for any relief (other than not adopting the Report and Recommendation) and does not identify any order to be reconsidered. Accordingly, the pleading will be construed as objections. The Plaintiff's objections are a repetition of his prior assertions and are addressed in the Report and Recommendation. They do not provide a basis to not adopt the Report and Recommendation.

This case should be re-referred to U.S. Magistrate Judge S. Kate Vaughan for further proceedings consistent with this opinion.

**IT IS SO ORDERED**.

The Clerk is directed to send uncertified copies of this Order to U.S. Magistrate Judge S. Kate Vaughan, all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 7th day of November, 2022.

*[signature]*

ROBERT J. BRYAN
United States District Judge